# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EARNEST DE GUNIA, Personal** | ) | |
| **Representative of the Estate of** | ) | |
| **John L. DeGunia , Deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:04CV5022** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' oral motion for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f).  The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1.      The parties' oral motion is granted as set forth below.

2.      The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before June 13, 2005** regarding their discovery plan.

DATED this 12th day of May, 2005.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge