IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EARNEST DeGUNIA, Personal Representative of the Estate of John L. DeGunia, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:04CV5022 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 20). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 19th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court